**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/23

November 6, 2023

BY ECF
Hon. Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Roberto Maldonado-Rivera*, 23 MJ 4595

Your Honor:

I represent Roberto Maldonado-Rivera in the referenced case and am writing to ask for a change to his conditions of release. On or about June 23, 2023, Mr. Maldonado-Rivera was released on the condition of home confinement with electronic monitoring. Since then, he has complied with all conditions of release, while maintaining lawful employment and assisting in the care of his children. But the condition of home confinement has interfered with his ability to accept certain work assignments, which are often offered to him on short notice.

Accordingly, we ask that the condition of home detention be replaced with the condition of a curfew, with the hours to be set by the pre-trial services office. Both the government and the pre-trial services office consent to this application.

Respectfully submitted,

/s/
James E. Neuman

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.
11/7/2023